# Exhibit 4

(21) Jane Lanhee Lee | LinkedIn                                                                    4/28/26, 8:22 PM





Home  My Network  Jobs  Messaging  Notifications **21**  Me ▾  For Business ▾



## Jane Lanhee Lee ⊘  She/Her · 3rd

Working on BSc physics and preparing to launch QuantumJane news. All suggestions welcome. jane@quantumjane.co


QuantumJane


The Open University

Taiwan · **Contact info**

**500+** connections

✈ Message    + Follow    More

---

## Activity
6,626 followers

**Posts**    Comments

---

 Jane Lanhee Lee reposted this                    · · ·

**Eric Rosenblum** in · 3rd+
General Partner at Xora Innovations (alway...
2w · Edited · 🌐

Big life announcement: I've joined **Xora Innovation**, and will help build our presence in North America.

Xora is the early-stage AI & deep tech venture firm backed by **Temasek**. They invest from inception through Series B in AI Infrastructure, Applied AI and Deep Tech, and have been on an absolute tear: check out the news about their companies like **Celestial AI**, **HyperLight**, **Amperesand**, **Aether Fuels**, **Rhoda AI**, **Bedroc** ...more



Temasek-backed Xora...
axios.com

👍❤️💡 633 · 128 comments · 6 reposts

👍

 Jane Lanhee Lee repo...

**Stephen Nell...**
Reporter at Reute...
7mo · 🌐

Quantum technology pro...
computing, but also solu...
problems like how to dea...
systems and how to sec...
communications. New M...
and rocket technology in...
home to two U.S. nation...
million investment in... e...
**Lujan Grisham** saying th...
quantum hub that will ca...



👍❤️💡 74 · 20 comments

Case 1:26-mc-00223-RGA    Document 1-4    Filed 05/05/26    Page 3 of 6 PageID #: 146

Show all posts →

## Experience



**Quantum Technologies Journalist**
QuantumJane · Self-employed
Feb 2026 - Present · 3 mos

**Technology Reporter**
Bloomberg News · Full-time
Sep 2023 - Feb 2026 · 2 yrs 6 mos
Taiwan

**Chip Reporter**
Reuters · Full-time
Jan 2022 - Jul 2023 · 1 yr 7 mos
Oakland, California, United States

**Venture Capital and Startup Reporter**
Reuters News Agency
Sep 2019 - May 2022 · 2 yrs 9 mos
San Francisco Bay Area

**Reuters**
9 yrs 9 mos

**Senior Producer West Coast**
Jul 2015 - Sep 2019 · 4 yrs 3 mos
San Francisco Bay Area

**Senior Producer & Reporter Shanghai**
Jan 2010 - Jul 2015 · 5 yrs 7 mos
Shanghai, China

Show all 11 experiences →

## Education

**The Open University**
Working on BSc Math/Physics
Feb 2022 - Jun 2028

**Columbia University - Graduate School of Journalism**
M.S. Journalism

Show all 5 educations →

## Skills

**Journalism**

Endorsed by Andy Sullivan who is highly skilled at this

Endorsed by 2 colleagues at Reuters News Agency

13 endorsements



**News Writing**

Endorsed by George Chen who is highly skilled at this

17 endorsements

Show all 18 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that Jane Lanhee receives will appear here.

## Interests

**Companies**    Groups    Newsletters    Schools

**NXP Semiconductors**
948,213 followers
+ Follow

**Texas Instruments**
1,125,031 followers
+ Follow

Show all companies →

Ad ···

WHO'S WHO IN AMERICA

MARQUIS
WhosWho®

Get Recognized as a Business Leader!

CLAIM YOUR SPOT

**More profiles for you**

**Debby Wu** · 3rd
North Asia Tech Team Leader at Bloomberg News

◁ Message

**Cheng Ting-Fang** · 3rd
Chief Tech Correspondent @ Nikkei Asia Nikkei Inc | Award-winning journalist...

◁ Message

**Loretta Chan** · 3rd
Director of Technology and Investment at British Office Taipei



Case 1:26-mc-00223-RGA    Document 1-4    Filed 05/05/26    Page 6 of 6 PageID #: 149