**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

In re Application of

TOPTAL, LLC,

No. _____

*Applicant.*

**[PROPOSED] ORDER**

Upon Toptal, LLC's Application for the Issuance of a Subpoena *Duces Tecum* and Subpoena *Ad Testificandum* to Jane Lanhee Lee Pursuant to 28 U.S.C. § 1783 filed, it is hereby:

ORDERED that the Application is Granted; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1783, the Clerk of the Court shall execute copies of (1) the Subpoena *Duces Tecum* and (2) the Subpoena *Ad Testificandum*, attached as Exhibits 1 and 2 to Toptal's Application, and provide the executed Subpoenas to Applicants' counsel for service on Jane Lanhee Lee; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1783, the Court designates a duly qualified Delaware court reporter to take Lee's testimony via stenographic and audio-visual means; and it is further

ORDERED that, pursuant to Federal Rule of Civil Procedure 4(f)(3), Toptal is hereby authorized to serve Lee via email using "jane@quantumjane.co" address or any other email address that Toptal reasonably comes to believe Lee is using.

SO ORDERED this _____ day of May 2026.

_____
United States District Judge