**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

In re Application of

TOPTAL, LLC,

*Applicant*.

No. _____

**APPLICANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Toptal, LLC discloses that it has no

parent corporation and no publicly held corporation owns 10 percent or more of its stock.

Dated: May 5, 2026

OF COUNSEL:

Megan L. Meier
Mark R. Thomson
Devin K. Bolger
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
Tel: (202) 318-3655
megan.meier@mwpp.com
mark.thomson@mwpp.com
devin.bolger@mwpp.com

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Toptal LLC*