# EXHIBIT 1



BBG_32914

# EXHIBIT 2

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 7 | Date Range: 11/22/2023 |

## Outline of Conversations

 **CHAT - CB0000001 - 00045 - 2023/11/23** • 7 messages on 11/22/2023 • +EAA= <▮▮▮▮▮@s.whatsapp.net> • Sarah McBride <▮▮▮▮▮> • System Message <System Message> • T <▮▮▮▮▮@s.whatsapp.net>

BBG_17505

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬    **CHAT - CB0000001 - 00045 - 2023/11/23**

\#    +EAA= ◀ █████████ @s.whatsapp.net>    ► 11/22/2023, 9:37 PM
Taso, hi from Sarah McBride at Bloomberg. Jane Lee suggested we talk. Do you have a few minutes? Thank you!

SM    System Message <System Message>    ◄ 11/22/2023, 9:37 PM
🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more

\#    T < █████████ @s.whatsapp.net>    ◄ 11/22/2023, 9:42 PM
Hey Sarah, nice to meet you. Sure.

\#    +EAA= ◀ █████████ @s.whatsapp.net>    ► 11/22/2023, 9:44 PM
Great! I have read the notes Jane sent me and also the information piece, but not yet the court filings. How is your schedule? We could talk now, if that is convenient, or on Friday after I've taken a look at the court docket. Which works best for you?

\#    T < █████████ @s.whatsapp.net>    ◄ 11/22/2023, 9:44 PM
Now works

SM    System Message <System Message>    ◄ 11/22/2023, 9:45 PM
+EAA= █████████ @s.whatsapp.net owner) started a call.
status: Answered
type: audio call
duration: 01:07:38
2 joined; █████████
+EAA= ( █████████ @s.whatsapp.net owner)
█████████ @s.whatsapp.net)

\#    +EAA= <13232192111@s.whatsapp.net>    ► 11/22/2023, 9:50 PM
█████████ @bloomberg.net

CONFIDENTIAL    BBG_17506